# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 22, 2025
Lyle W. Cayce
Clerk

No. 25-40487

_____

Sophia Myers, *Individually and on behalf of all others similarly situated*;
Kara Kay, *Individually and on behalf of all others similarly situated*;
Ryann Allison, *Individually and on behalf of all others similarly situated*;
Elaina Amador, *Individually and on behalf of all others similarly situated*;
Berklee Andrews, *Individually and on behalf of all others similarly situated*; Meagan Ledbetter, *Individually and on behalf of all others similarly situated*,

                                      *Plaintiffs—Appellees*,

*versus*

Stephen F. Austin State University, Member of the University of Texas System,

                                      *Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:25-CV-187

_____

ORDER:

      IT IS ORDERED that Appellant's opposed emergency motion for stay pending appeal is GRANTED. This motion was reviewed by a panel and a member of this panel would deny.

No. 25-40487

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
<u>/s/ Lyle W. Cayce</u>

ENTERED AT THE DIRECTION OF THE COURT